# United States Court of Appeals

### For the Eighth Circuit

———————————————

No. 13-1356

———————————————

George H. Kalberer

*Plaintiff - Appellant*

v.

Teamsters Local 120

*Defendant - Appellee*

——————————

Appeal from United States District Court
for the District of Minnesota - Minneapolis

——————————

Submitted: August 1, 2013
Filed: August 8, 2013
[Unpublished]

——————————

Before WOLLMAN, GRUENDER, and BENTON, Circuit Judges.

——————————

PER CURIAM.

George Kalberer appeals from the district court's[1] adverse grant of summary judgment in his pro se action claiming that his former union breached its duty of fair

———————————

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

representation and that it violated the Age Discrimination in Employment Act. The district court concluded that each of Kalberer's claims was barred by an applicable statute of limitations. Upon careful de novo review, *see Tusing v. Des Moines Indep. Cmty. Sch. Dist.*, 639 F.3d 507, 514 (8th Cir. 2011) (standard of review), we agree with the district court's conclusions. Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny Kalberer's pending motion for "remand."

_____